United States District Court
Southern District of Texas
**ENTERED**
September 30, 2021
Nathan Ochsner, Clerk

UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  TEXAS
CORPUS  CHRISTI  DIVISION

ANDREA  BENAVIDES  PEREZ,           §
                                    §
         Plaintiff,                 §
VS.                                 §        CIVIL ACTION NO. 2:19-CV-00354
                                    §
MIDLAND  CREDIT  MANAGEMENT,        §
INC.,                               §
                                    §
         Defendant.                 §

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal (D.E. 27), the Court enters final

judgment dismissing this action.

ORDERED this 30th day of September, 2021.

_____
NELVA  GONZALES  RAMOS
UNITED  STATES  DISTRICT  JUDGE